### RUBEN HARPER v. STATE OF FLORIDA

32 So. (2nd) 6                           June Term, 1947
October 3, 1947                          En Banc

*W. Brantley Brannon* and *W. H. Wilson, Jr.,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

We have examined and considered the record in this case in the light of briefs filed and have also, pursuant to sub-paragraph 2 of Section 924.32 Florida Statutes 1941 (same F.S.A.), reviewed the evidence to determine if the interests of justice require a new trial, with the result that we find no reversible error is made to appear and the evidence does not reveal that the ends of justice require a new trial to be awarded.

Judgment affirmed.

THOMAS, C. J., TERRELL, BUFORD, CHAPMAN, ADAMS, SEBRING and BARNS, JJ., concur.